City of Pittsburgh Comprehensive Mun. Pension Trust Fund v Benefitfocus, Inc. (2023 NY Slip Op 00052)

City of Pittsburgh Comprehensive Mun. Pension Trust Fund v Benefitfocus, Inc.

2023 NY Slip Op 00052

Decided on January 10, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 10, 2023

Before: Kapnick, J.P., Oing, Gesmer, Singh, Scarpulla, JJ. 

Index No. 651425/21 Appeal No. 15458-15459 Case No. 2021-03696, 2021-03944, 2021-04021 

[*1]City of Pittsburgh Comprehensive Municipal Pension Trust Fund etc., Plaintiff-Respondent,
v
Benefitfocus, Inc., et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Barry R. Ostrager, J.), entered on or about October 04, 2021,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto entered December 19, 2022,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 10, 2023